# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | Case No. 1:16-cv-00650-LJO-SKO |
| Plaintiff, | **ORDER RESETTING SCHEDULE** |
| v. | |
| GARY CHRISTIAN, et al., | |
| Defendants. | |

On this date, the Court held a scheduling conference in this matter. As discussed during that conference, the Court ORDERS that the schedule for this case is amended as follows:

(1) the deadline for non-expert discovery is April 14, 2017;

(2) the deadline for expert disclosures is April 14, 2017;

(3) the deadline for rebuttal expert disclosures is April 21, 2017

(4) the deadline for expert discovery is April 28, 2017;

(5) the deadline for the filing of non-dispositive motions is May 1, 2017;

(6) the deadline for a non-dispositive motion hearing is May 31, 2017;

(7) the deadline for the filing of dispositive motions is May 1, 2017;

(8) the deadline for a dispositive motion hearing is June 7, 2017;

  (9) the pretrial conference is scheduled for July 12, 2017, at 8:15 a.m.

  (10) the trial date is scheduled for August 15, 2017, at 8:30 a.m. in Courtroom 4 before Chief United States District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **February 15, 2017**    /s/ *Sheila K. Oberto*
                  UNITED STATES MAGISTRATE JUDGE