# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>                Plaintiff,<br><br>       v.<br><br>GARY CHRISTIAN, et al.,<br><br>                Defendants.<br>_____/ | Case No. 1:16-cv-00650-LJO-SKO<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTIONS**<br><br>**(Doc. 46)** |

Before the Court are Plaintiff's Objections to the Court's Scheduling Order ("Objections"), in which Plaintiff "requests that the original Scheduling Order of December 22, 2016 . . . be reinstated." (Doc. 46 at 4.) The Court is not persuaded by Plaintiff's arguments in the Objections. The Court therefore OVERRULES the Objections, insofar as Plaintiff requests an alteration to the currently operative schedule for this matter. (*Id.*)

In the Objections, Plaintiff also requests that "the Court order that all discovery can be served via email" if the Court overrules the Objections. (*Id.* at 4.) The Court finds that this request has merit. Accordingly, the Court ORDERS that all discovery in this case may be served via e-mail.

IT IS SO ORDERED.

Dated:     **February 22, 2017**                              /s/ *Sheila K. Oberto*                 
                                                              UNITED STATES MAGISTRATE JUDGE