# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>    v.<br><br>GARY CHRISTIAN; BONNIE M. CHRISTIAN; AMANDA FLOREZ dba PUBLIC AUCTION R US,<br><br>          Defendants. | Case No. 1:16-cv-00650-LJO-SKO<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 53) |

On July 7, 2017, Plaintiff Hendrik Block ("Plaintiff") filed a motion for attorney's fees, costs, and litigation expenses against Defendants Gary Christian, Bonnie M. Christian, and Amanda Florez dba Public Auction R Us (collectively "Defendants"). (Doc. 51.) On November 13, 2017, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff be awarded attorney's fees in the amount of $25,492.50 (54.90 hours at $325 per hour and 25.5 hours at $300 per hour), paralegal fees in the amount of $3,782.00 (23.2 hours at $115 per hour, 6.3 hours at $115 per hour, and 4.1 hours at $95 per hour), and costs of suit in the amount of $5,673.94. (Doc. 53.) Those findings and recommendations were served on all parties

appearing in this action and contained notice that any objections were to be filed within twenty-one (21) days after service. (Doc. 53.)

On December 1, 2017, Plaintiff filed objections to the findings and recommendations. (Doc. 54.) Plaintiff objected, first, to the magistrate judge's finding that the reasonable hourly rate for Plaintiff's lead counsel, Zachary M. Best, Esq., is $325 per hour, rather than the requested rate of $350 per hour. (*Id.* at 2-3.) Plaintiff further objected to the magistrate judge's reduction in the time Plaintiff's lead counsel, Mr. Best, purportedly expended on the motion for attorney's fees. (*Id.* at 4.) To date, Defendants have filed no objections, and the time for filing objections has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly,

1. The findings and recommendations (Doc. 53), dated November 13, 2017, are adopted in full;
2. Plaintiff is awarded attorney's fees in the amount of $25,492.50, paralegal fees in the amount of $3,782.00, and costs of suit in the amount of $5,673.94.
3. This action is closed.

IT IS SO ORDERED.

Dated: **December 13, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Court notes that "Plaintiff acknowledges that *some* reduction of hours [from 33.8 to 15 hours] for the fees application might be warranted." (Doc. 54 at 4 (emphasis added).) Additionally, it is worth noting that Plaintiff does not address *Trujillo v. Lakhani*, No. 1:17-cv-00056-LJO-SAB, 2017 WL 1831942, at *8 (E.D. Cal. May 8, 2017), in which this Court previously rejected the request by Plaintiff's lead counsel, Mr. Best, for an hourly rate of $350, and instead awarded an hourly rate of $300, on the ground that "only half of Mr. Best's experience is in representing plaintiffs and defendants in ADA cases."

2